**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

REGINA ACOSTA and GABRILA NUNEZ
VELA,

     Plaintiffs,

vs.                                   No. CIV 21-0888 JB/JFR

SEQUEL OF NEW MEXICO, LLC, *doing
business as* Bernalillo Academy, and AMIR
RAFIEI,

     Defendants.

## FINAL JUDGMENT

     **THIS MATTER** comes before the Court on its Order, filed November 15, 2021 (Doc. 15).

In the Order, the Court remanded this case to the County of Bernalillo, Second Judicial District

Court, State of New Mexico.  See Order at 1.  There not being any more parties, claims, or issues

before the Court, the Court, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, enters

Final Judgment.  See Fed. R. Civ. P. 58(a).

     **IT IS ORDERED** that: (i) this case is remanded to Bernalillo County, Second Judicial

District Court, State of New Mexico; and (ii) Final Judgment is entered.

 

                                        _____
                                        UNITED STATES DISTRICT JUDGE

*Counsel:*

Wayne R. Suggett
Albuquerque, New Mexico

     *Attorney for the Plaintiffs*

Amelia M. Willis
Douglas Lynn
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Phoenix, Arizona

*Attorneys for the Defendants*